·(25 Misc. Rep. 327.)

THUM v. ISERMAN.

(City Court of New York, General Term.    November 18, 1898.)

PLEADING—ANSWERS—VERIFICATION—DEFAULT.
    Where an amended complaint accepted by defendant was verified, and required defendant to serve a verified amended answer, it was proper to enter a default judgment, where the amended answer served was not verified.

Appeal from special term.

Action by George Thum against Samuel Iserman.    From an order refusing to open a default judgment, except on specified terms, defendant appeals.    Affirmed.

Argued before FITZSIMONS, C. J., and O'DWYER, J.

E. Ashley, for appellant.

Zeller & Miehling, for respondent.

PER CURIAM. The amended complaint, which was accepted by the defendant and was verified, required from the defendant an amended answer, which should have been verified. The answer served was not verified. Therefore the judgment as entered was correct practice.

The defendant's default, however, will be vacated, providing he will within six days comply with the terms imposed by the order appealed from; and if he refuses to do so, then the motion to vacate judgment is hereby denied, and the order appealed from affirmed, with costs and disbursements.